# DIVIDENDS REMITTED TO THE COURT

Case Number 08-11062 - CRAWFORD, ALWIN E.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000001 | 83.13 | 1.13 |
| ---------- Remittance Total --------------- | | 83.13 | 1.13 |

*[signature]*
LAUREN A. HELBLING, Trustee

FILED
09 NOV 30 PM 2:44
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND